IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01425-BNB

JESUS RODRIGUEZ,

    Applicant,

v.

WARDEN GREEN, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 3 0 2010

GREGORY C. LANGHAM
CLERK

## ORDER

This matter is before the court on Respondents' Motion for Leave to File Motion to Dismiss filed on July 23, 2010. On July 8, 2010, the court ordered Respondents to file a Pre-Answer Response limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies under 28 U.S.C. § 2254(b)(1)(A). Respondents were directed not to file a dispositive motion as their Pre-Answer Response, or an Answer, or otherwise address the merits of the claims in response to the court's July 8 order.

In the Motion for Leave to File Motion to Dismiss, Respondents seek leave to file a motion to dismiss limited to addressing the affirmative defense of timeliness. Respondents allege that this action clearly is time-barred and that, because the Attorney General's file from Applicant's direct appeal has been purged as part of routine file management, obtaining copies of the documents necessary to address exhaustion of state remedies would be an expensive endeavor. In support of their argument that

this action clearly is time-barred, Respondents have submitted a copy of the state court docket sheet for Applicant's criminal case that indicates no state court postconviction motion was pending in Applicant's criminal case between December 2001 and May 2005.

Under these unusual circumstances, the Court agrees that Respondents should be allowed to file a motion to dismiss limited to addressing the affirmative defense of timeliness. Accordingly, it is

ORDERED that Respondents' Motion for Leave to File Motion to Dismiss filed on July 23, 2010, is granted. It is

FURTHER ORDERED that Respondents shall file their motion to dismiss **within twenty-one (21) days from the date of this Order**. It is

FURTHER ORDERED that Applicant may file a response **within twenty-one (21) days after the motion to dismiss** is filed.

DATED July 30, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01425-BNB

Jesus Rodriguez
Prisoner No. 81701
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

Ryan A. Crane
Assistant Attorney General
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/30/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk